IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DOUGLAS TAYLOR                                              PLAINTIFF
ADC #127483

v.                      No. 5:18-cv-228-DPM-JTR

WALKER, APN, Maximum Security Unit,
ADC, *et al.*                                               DEFENDANTS

## ORDER

Taylor's embedded motion to dismiss Defendant Hunter, № 6 *at* 2, is granted. His claims against Hunter are dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

21 March 2019