IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DOUGLAS TAYLOR  PLAINTIFF
ADC #127483

v.  No. 5:18-cv-228-DPM

MEAGAN WALKER, APN, *et al.*  DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Taylor's motion to dismiss, № 41, is granted. This case will be dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 July 2019