IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DOUGLAS TAYLOR
ADC #127483

PLAINTIFF

v.                          No. 5:18-cv-228-DPM

MEAGAN WALKER, APN, *et al.*

DEFENDANTS

## JUDGMENT

Taylor's complaint and amended complaint are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

10 July 2019